UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUNTERRIO CHERRY,

    Plaintiff,

v.                                                     CASE NO: 8:10-cv-667-T-26TBM

CITY OF ST. PETERSBURG d/b/a
St. Petersburg Police Department,
CHIEF CHARLES HARMON, as Chief
of the St. Petersburg Police Department, and
St. Petersburg Police Officer, JOSHUA S. HANES,

    Defendants.
_____/

## O R D E R

Plaintiff, having filed an amended complaint in compliance with Rule 15(a)(1) of the Federal Rules of Civil Procedure, it is ordered and adjudged that the Motion to Dismiss or Alternative Motion for Summary Judgment (Dkt. 11) is denied. Defendants shall file a response to the amended complaint within fifteen (15) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on May 28, 2010.

                                                s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record